The SLAVENBURG CORPORATION,
Plaintiff-Appellee,

v.

HOWARD SOBER, INC., Defendant-
Appellant.

No. 28, Docket 28204.

United States Court of Appeals
Second Circuit.

Argued Oct. 7, 1963.

Decided Oct. 29, 1963.

Richard M. Glassner, Newark, N. J.,
for defendant-appellant.

Edward Garfield, of Garfield, Salomon
& Mainzer, New York City (Robert H.
Wrubel, of Garfield, Salomon & Mainzer,
New York City, on the brief), for plain-
tiff-appellee.

Before CLARK, MOORE and KAUF-
MAN, Circuit Judges.

PER CURIAM.

Affirmed on the findings and opinion of
District Judge McLean, D.C.S.D.N.Y.,
214 F.Supp. 338.

■

Isaac WEBER, Appellant

v.

UNITED STATES of America.

No. 17463.

United States Court of Appeals
Eighth Circuit.

Oct. 8, 1963.

Isaac Weber, pro se.

Richard D. FitzGibbon, Jr., U. S. Atty.,
Clayton, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed for
want of prosecution on motion of appel-
lee.

■

UNITED STATES of America,
Plaintiff-Appellee,

v.

Mark Kenneth FRANK, d/b/a M. K.
Frank Iron and Steel Products
Company, Defendant-Appellant.

No. 94, Docket 28339.

United States Court of Appeals
Second Circuit.

Argued Oct. 24, 1963.

Decided Oct. 24, 1963.

See also D.C., 207 F.Supp. 216.

Anthony J. D'Auria, Asst. U. S. Atty.,
New York City (Robert M. Morgenthau,
U. S. Atty., for the S. D. New York,
Robert E. Kushner, Asst. U. S. Atty.,
New York City, on the brief), for plain-
tiff-appellee.

Milton B. Pfeffer, New York City, for
defendant-appellant.

Before LUMBARD, Chief Judge,
and MEDINA and FRIENDLY, Circuit
Judges.

PER CURIAM.

We affirm in open court on the find-
ings of Judge Levet and for the reasons
stated in his opinion filed April 17, 1963,
223 F.Supp. 313.

Affirmed.